UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 05-57244 GMB

Debtor: Vonda Gordon

| Check Number | Creditor | Amount |
|---|---|---|
| 1718231 | Vonda Gordon | 6644.34 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   January 14, 2011